PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Robert Quattrone    Cr.: 04- CR-00013-01
                                      PACTS #: 38098

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler, U.S. District Judge

Date of Original Sentence: 07/11/08

Original Offense: Conspiracy to Commit Securities Fraud

Original Sentence: 4 months imprisonment; 3 years of supervised release; 4 months home confinement; DNA; Financial Disclosure; No New Debt and $23, 803,937.65 in Restitution

Type of Supervision: TSR    Date Supervision Commenced: 02/27/09

## STATUS REPORT

U.S. Probation Officer Action:

On February 27, 2009, the offender began his 36 month term of supervised release. The offender was transferred to our low intensity caseload on June 29, 2010.

Mr. Quattrone currently resides in Woodcliff Lake, NJ. The offender has been the owner of Battaglia Company since 1984. We believe that Mr. Quattrone has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $408,098.75 toward his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Quattrone's term of supervision to expire as scheduled on February 26, 2012.

Respectfully submitted,

By: Patricia C. Jensen
U.S. Probation Officer Assistant
Date: February 15, 2012

[X] Concur with the recommendation of the U.S. Probation Office
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____2/29/2012_____
Date

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

MICHAEL A. McLEAN
SUPERVISING U.S. PROBATION OFFICER

BETH L. NEUGASS
SUPERVISING U.S. PROBATION OFFICER

February 17, 2012

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367
www.njp.uscourts.gov

The Honorable Stanley R. Chesler
U.S. District Judge
Martin Luther Kin Jr. U.S. Courthouse and Federal Building
P.O. Box 0999
Newark, NJ 07102

        **RE: Quattrone, Robert**
        **Dkt. # 04-CR-00013-01**
        **Status Letter**

Dear Judge Chesler:

On July 11, 2008, the offender was sentenced by Your Honor to four months of imprisonment which was followed by a three year term of supervised release following a conviction for Conspiracy to Commit Securities Fraud. The following special conditions were imposed: 4 months of home confinement; Financial Disclosure; No New Debt and DNA. He was also ordered to pay $23,803,937.65 in restitution.

Mr. Quattrone began his term of supervised release on February 27, 2009. We believe that Mr. Quattrone has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $408,098.75 toward his restitution obligation. We are respectfully requesting that no further action be taken and allow Mr. Quattrone's term of supervision to expire as scheduled on February 26, 2012. Should Your Honor concur with this recommendation, please sign and return the attached petition.

Should you have any questions, please contact the undersigned at (609)989-2071.

        Very truly yours,

        WILFREDO TORRES, Chief
        U.S. Probation Officer

        By: Patricia Cassidy Jensen
        U.S. Probation Officer Assistant

/pcj